TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov
*Attorneys for the Federal Respondents*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE MARIO GONZALEZ-AMARO,<br><br>          Petitioner,<br><br>     v.<br><br>TODD BLANCHE, *et al.*,<br><br>          Respondents. | Case No. 2:26-cv-01973-RFB-NJK<br><br>**Joint Stipulation for Extension of Time for Federal Respondents to File Notice Regarding Class Membership and Detention Authority and Responses to Interrogatories**<br><br>**(First Request)** |

Petitioner and Federal Respondents, through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file Notice Regarding Class Membership and Detention Authority and Responses to Interrogatories, extending the deadline from July 7, 2026, to July 13, 2026. *See* Court's Order, ECF No. 3. Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension.

///

///

///

///

///

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a Notice Regarding Class Membership and Detention Authority and Responses to Interrogatories from July 7, 2026, to July 13, 2026.  This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 9th day of July 2026.

Rene L. Valladares
Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Nisha Brooks-Whittington*
Nisha Brooks-Whittington
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
Nisha_Brooks-Whittington@fd.Org
*Attorney for Petitioner Jose Mario Gonzalez-Amaro*

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** July 10, 2026.

2